Decided April 8, 2009

## STATE OF CONNECTICUT *v.* IGNACIO VILCHEL

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 411 (AC 27000), is denied.

*Darcy McGraw*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided April 8, 2009